**Slip Op. 01-106**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

| | | |
|---|---|---|
| RHP BEARINGS LTD.,NSK BEARINGS | : | |
| EUROPE LTD. and NSK CORPORATION; | : | |
| THE BARDEN CORPORATION (U.K.) LTD., | : | |
| THE BARDEN CORPORATION, | : | |
| FAG BEARINGS CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Consolidated |
| | : | Court No. 97-11-01983 |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| THE TORRINGTON COMPANY, | : | |
| | : | |
| Defendant-Intervenor. | : | |

**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>RHP Bearings Ltd. v. United States</u>, 25 CIT ___, Slip Op. 01-18 (Feb. 23, 2001) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

**ORDERED** that the Remand Results filed by Commerce on May 18, 2001, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     August 20, 2001
          New York, New York